

2008 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-14-2008

# ISP Env Ser Inc v. Linden

Precedential or Non-Precedential: Non-Precedential

Docket No. 07-2464

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2008

Recommended Citation

"ISP Env Ser Inc v. Linden" (2008). *2008 Decisions.* Paper 654.
http://digitalcommons.law.villanova.edu/thirdcircuit_2008/654

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2008 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 07-2464
_____

ISP ENVIRONMENTAL SERVICES, INC.,

Appellant

v.

THE CITY OF LINDEN;
JOHN T. GREGORIO, individually and in his
capacity as Mayor of the City of Linden;
THE COUNCIL OF THE CITY OF LINDEN;
THE UNION COUNTY
IMPROVEMENT AUTHORITY;
THE MORRIS COMPANIES; MORRIS LINDEN ASSOCIATES,
LLC; JOSEPH D. MORRIS, individually and in
his capacity as a principal of The Morris
Companies and Morris Linden Associates, LLC

_____

On Appeal from the United States District Court
for the District of New Jersey
No. 05-CV-04249
Honorable Garrett E. Brown, Jr.

_____

ARGUED JULY 22, 2008

Before: McKEE, FUENTES, and JORDAN, Circuit Judges

(Filed: August 14, 2008)

_____

Barry H. Evenchick, Esq.
Steven D. Grossman, Esq.
Justin P. Walder, Esq.
Walder, Hayden & Brogan
5 Becker Farm Road
3rd Floor
Roseland, NJ 07068

Mark. A. Belnick, Esq. **[ARGUED]**
Law Offices of Mark Belnick
Suite 1700B
120 West 45th Street
New York, NY 10036
    *Counsel for Appellant ISP Environmental Services, Inc.*

Benjamin Clarke, Esq. **[ARGUED]**
Alexander Hemsley, III, Esq.
DeCotiis, Fitzpatrick, Cole & Wisler
500 Frank W. Burr Boulevard
Glenpointe Centre West
Teaneck, NJ 07666
    *Counsel for Appellees City of Linden, John T. Gregorio, Linden City Council and The Union County Improvement Authority*

Brian J. Molloy, Esq. **[ARGUED]**
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, NJ 07095
    *Counsel for Appellees Morris Companies, Morris Linden Associates, LLC and Joseph D. Morris*

---

OPINION OF THE COURT

---

Per Curiam

2

ISP Environmental Services, Inc. appeals the district court's dismissal of its seven-count Amended Complaint against the City of Linden, New Jersey and others. We have considered the various arguments of the parties, and conclude that the district court was correct in its determination that ISP's Amended Complaint fails to state a federal cause of action that is ripe for adjudication. Accordingly, we will affirm the judgment of the district court.